IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JOSHUA J. SCOTT,                              §
                                             §
        *Plaintiff,*                          §         SA-22-CV-01000-XR
                                             §
vs.                                           §
                                             §
UNITED STATES POSTAL SERVICE,                 §
LABOR RELATIONS,                              §
                                             §
        *Defendant.*                          §


JOSHUA J. SCOTT,                              §
                                             §
        *Plaintiff,*                          §         SA-22-CV-01001-XR
                                             §
vs.                                           §
                                             §
UNITED STATES POSTAL SERVICE,                 §
LABOR RELATIONS,                              §
                                             §
        *Defendant.*                          §

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a report and recommendation, recommending these

consolidated causes of action be dismissed as time-barred.  Accordingly, all matters referred to

the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is

**RETURNED** to the District Court for all purposes.

SIGNED this 22nd day of February, 2023.


_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE